AO 245E   (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

Eastern District of Kentucky
**FILED**
OCT 0 6 2014
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
Eastern District of Kentucky – Southern Division at London

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) | (For Organizational Defendants) |
| Hematology and Oncology Center, PLLC | ) | Case Number:   6:14-CR-00026-HAI-1 |
| | ) | Andrew T. Boone |
| | ) | Defendant Organization's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)   Two of the Information

☐ pleaded nolo contendere to count(s) _____
    which was accepted by the court.

☐ was found guilty on count(s) _____
    after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 21:331(c), 333(a)(1) | Receipt in Interstate Commerce and Delivery for Pay or Otherwise a Misbranded Drug | June 9, 2011 | Two |

The defendant organization is sentenced as provided in pages 2 through   5   of this judgment.

☐ The defendant organization has been found not guilty on count(s) _____

☐ Count(s) _____   ☐ is   ☐ are   dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.:

Defendant Organization's Principle Business Address:

401 Bogle Street, Suite 101
Somerset, Kentucky 42503-2849

Defendant Organization's Mailing Address:

401 Bogle Street, Suite 101
Somerset, Kentucky 42503-2849

October 1, 2014
Date of Imposition of Judgment

_____
Signature of Judge

Honorable Hanly A. Ingram, U.S. Magistrate Judge
Name and Title of Judge

October 6, 2014
Date

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 2 — Probation

Judgment — Page 2 of 4

DEFENDANT ORGANIZATION: Hematology and Oncology Center, PLLC
CASE NUMBER: 6:14-CR-00026-HAI-1

## PROBATION

The defendant organization is hereby sentenced to probation for a term of:
**1 YEAR***
*****(If the $2,000,000 civil judgment and the $125 special assessment are paid in full prior to the 1 year period, probation shall be terminated)**

The defendant organization shall not commit another federal, state or local crime.

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) Within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organization's representative and to be the primary contact with the probation officer;

2) The defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) The defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) The defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) The defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) The defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

7) The defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
        Sheet 3 — Criminal Monetary Penalties

Judgment — Page 3 of 4

**DEFENDANT ORGANIZATION:** Hematology and Oncology Center, PLLC
**CASE NUMBER:** 6:14-CR-00026-HAI-1

# CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 125.00 | $ Waived | $ Not Applicable |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

    If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| **TOTALS** | $ | $ | |
|---|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant organization must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant organization does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

    ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245E (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 4 — Schedule of Payments

Judgment — Page 4 of 4

DEFENDANT ORGANIZATION: Hematology and Oncology Center, PLLC
CASE NUMBER: 6:14-CR-00026-HAI-1

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☒ Lump sum payment of $ 125.00 due immediately, balance due

☐ not later than _____ , or
☒ in accordance ☐ C, ☒ D below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D below); or

**C** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☒ Special instructions regarding the payment of criminal monetary penalties:

Clerk, U.S. District Court, Eastern District of Kentucky, Clerk, U.S. District Court, Eastern District of Kentucky, 310 S. Main Street, Room 215, London, KY 40741

PLEASE INCLUDE YOUR CASE DOCKET NUMBER WITH PAYMENT

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant organization shall pay the cost of prosecution.

☐ The defendant organization shall pay the following court cost(s):

☐ The defendant organization shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.